*UNITED STATE DISTRICT COURT*
*FOR THE EASTERN DISTRICT OF MICHIGAN*
*SOUTHERN DIVISION*

**BANK ONE TRUST COMPANY, N.A.,**
**TRUSTEE OF THE McLAREN EMPLOYEES'**
**RETIREMENT PLAN "A," and McLaren**
**Investment and Retirement Committee,**        Case No.:  06-12843-GCS-VMM
**Administrator of the McLaren Employees'**
**Retirement Plan "A,"**                        Hon. George Caram Steeh

        Plaintiffs,

v

**CHARLES W. LAROSE** and
**SUZETTE HICKOK,** Conservator
for **JENNA KATHLEEN HICKOK**, a minor,

        Defendants

**Mark A. Bush (P35775)**
Fraser Trebilcock Davis & Dunlap, P.C.
124 West Allegan Suite 1000
Lansing, Michigan 48933
Telephone:  (517) 482-5800
Fax:  (517) 482-0887
MBush@fraserlawfirm.com
Attorneys for **Plaintiffs**

**Scott R. Fraim (P35669)**
Henneke, McKone, Fraim & Dawes, P.C.
2377 S. Linden Road, Suite B
Flint, Michigan 48532
Telephone:  (810) 733-2050
Sfraim@hmfdlaw.com
Attorneys for Defendant

## ORDER FOR DISMISSAL

At a session of said Court, held in the United States Courthouse, City of Detroit, County of Wayne, State of Michigan on this 6th day of September, 2006.

Present:     Honorable George Caram Steeh
                  U.S. District Court Judge

IT IS HEREBY STIPULATED AND AGREED pursuant to a Stipulation of the parties entered on August 31, 2006, the Court hereby enters a default judgment upon Jenna Kathleen Hickok's cross claim against Defendant Charles W. LaRose and orders Plaintiff to pay Defendant Jenna Kathleen Hickok, through her Conservator Suzette Hickok, the amount of the retirement plan lump sum death benefit at issue, that being $62,491.22, plus applicable accrued interest.

The Court further orders that Plaintiff is entitled to an award of its reasonable costs and attorney fees in the amount of $ 4,500.00, to be first deducted from the amount to be paid to Defendant Jenna Kathleen Hickok, through her Conservator Suzette Hickok.

This is a Final Order, closing this case and dismissing it with prejudice.

s/George Caram Steeh
Honorable George Caram Steeh
U.S. District Judge